# Court of Appeals
# of the State of Georgia

ATLANTA, February 18, 2025

*The Court of Appeals hereby passes the following order:*

## A25A0701. POWELL v. LEE.

We granted Rometta Powell's application for discretionary appeal to more thoroughly review the record. After thorough and plenary review, we have determined that no basis for reversal appears, and thus, the application for discretionary appeal was improvidently granted. Therefore, this appeal is dismissed.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/18/2025

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*